

IN THE
TENTH COURT OF APPEALS

No. 10-18-00350-CV

KENNETH THOMAS,
                                                            Appellant
 v.

RICHARD TORRES, ET AL,
                                                            Appellees

From the 12th District Court
Walker County, Texas
Trial Court No. 1828798

MEMORANDUM OPINION

Kenneth Thomas filed a notice of appeal on October 26, 2018. By letter dated November 20, 2018, this Court notified Thomas that the appeal was subject to dismissal because there does not appear to be a final, appealable order. The Clerk also warned Thomas that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal. *See* TEX. R. APP. P. 44.3. Thomas did not file a response.

Because there is no final appealable order in this case, we dismiss this appeal for lack of jurisdiction.


AL SCOGGINS
Justice

Before Chief Justice Gray,
　　　Justice Davis, and
　　　Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 2, 2019
[CV06]

